# |Court of Appeals
# of the State of Georgia

ATLANTA, December 28, 2012

*The Court of Appeals hereby passes the following order:*

**A13I0093. WILLIAM BROOKS v. GWINNETT COMMUNITY BANK.**

Upon review of this application for interlocutory appeal, it is hereby DENIED. Applicant William Brooks's motion for permission to file documents under seal is hereby GRANTED, and Exhibits 6 and 7 to the application shall be sealed. Respondent Gwinnett Community Bank's conditional motion to unseal the documents is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*